IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARVIS LAKEITH ALLEN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:22-CV-2030-M-BK |
| | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| ET AL., | § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation

in this case.  No objections were filed.  The Court reviewed the proposed Findings, Conclusions,

and Recommendation for plain error.  Finding none, the Court ACCEPTS the Findings,

Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 6th day of February, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE